■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CORTNEY TOOSON, Appellant. [23 NYS3d 925]—Appeal from a judgment of the Onondaga County Court (Donald E. Todd, A.J.), rendered December 14, 2012. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Whalen, P.J., Smith, Centra, Carni and Scudder, JJ.